# UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SAMUEL D. HEARNES, JR., ) | 1:02-CV-6184 AWI LJO HC |
| Petitioner, ) | |
| v. ) | ORDER ASSIGNING ACTION TO MAGISTRATE JUDGE SANDRA M. SNYDER |
| DAVID L. RUNNELS, Warden, ) | |
| Respondent. ) | |

Petitioner is a state prisoner proceeding pro se in a habeas corpus action pursuant to 28 U.S.C. § 2254.

It has come to the Court's attention that the undersigned was the sentencing judge at Petitioner's state trial. In the interests of justice, this case shall be reassigned from the docket of Magistrate Judge Lawrence J. O'Neill to the docket of Magistrate Judge Sandra M. Snyder.

**ORDER**

Accordingly, IT IS HEREBY ORDERED:

1. The Clerk of Court SHALL REASSIGN the instant action, 1:02-CV-6184, to the Honorable United States Magistrate Judge Sandra M. Snyder. United States District Judge Anthony W. Ishii shall continue to preside over this action.

2. The new case number SHALL be:

# 1:02-CV-6184 AWI SMS HC

3. All future pleadings and/or correspondence MUST BE SO NUMBERED.

The parties are advised that use of an incorrect case number, including initials, may result in a delay of documents being processed and copies thereof being correctly distributed and received by the appropriate judicial officer.

IT IS SO ORDERED.

**Dated:   October 13, 2005**                    /s/ Lawrence J. O'Neill
b9ed48                                            UNITED STATES MAGISTRATE JUDGE