UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| SAMUEL D. HEARNES, JR., | ) | 1:02-CV-6184 AWI SMS HC |
| | ) | |
| Petitioner, | ) | ORDER ADOPTING FINDINGS AND |
| | ) | RECOMMENDATION |
| | ) | [Doc. #16] |
| | ) | |
| v. | ) | ORDER DENYING PETITION FOR WRIT |
| | ) | OF HABEAS CORPUS |
| | ) | [Doc. #1] |
| | ) | |
| | ) | ORDER DENYING MOTIONS |
| DAVID L. RUNNELS, Warden, | ) | [Docs. #44, 45, 47] |
| | ) | |
| Respondent. | ) | ORDER DIRECTING CLERK OF COURT |
| | ) | TO ENTER JUDGMENT |

Petitioner is a state prisoner proceeding pro se with a petition for writ of habeas corpus pursuant to 28 U.S.C. § 2254.

On December 7, 2005, the Magistrate Judge issued Findings and Recommendation that recommended the petition be DENIED with prejudice. The Magistrate Judge further recommended that the Clerk of Court be DIRECTED to enter judgment. The Findings and Recommendation was served on all parties and contained notice that any objections were to be filed within thirty (30) days of the date of service of the order.

After receiving an extension of time, on March 20, 2006, Petitioner filed objections to the Findings and Recommendation. Petitioner also filed a motion for an evidentiary hearing, a motion

U.S. District Court
E. D. California          cd                                    1

1 for discovery, and a request that Petitioner's interpretation of the facts be accepted.

2 In accordance with the provisions of 28 U.S.C. § 636(b)(1)(C), this Court has conducted a *de novo* review of the case. Having carefully reviewed the entire file and having considered the objections, the Court concludes that the Magistrate Judge's Findings and Recommendation is supported by the record and proper analysis, and there is no need to modify the Findings and Recommendations based on the points raised in the objections.

In addition, the Court finds an evidentiary hearing to be unnecessary, as each of the claims can be resolved by reference to the existing state court record. Baja v. Ducharme, 187 F.3d 1075, 1078 (9th Cir.1999); Totten v. Merkle, 137 F.3d 1172, 1176 (9th Cir.1998); see also Townsend v. Sain 372 U.S. 293, 309 (1963). With regard to Petitioner's motion for discovery, although discovery is available pursuant to Rule 6, it is only granted at the Court's discretion and upon a showing of good cause. Bracy v. Gramley, 520 U.S. 899, 117 S.Ct. 1793, 1797 (1997); McDaniel v. United States Dist. Court (Jones), 127 F.3d 886, 888 (9th Cir. 1997); Jones v. Wood, 114 F.3d 1002, 1009 (9th Cir. 1997); Rule 6(a) of the Rules Governing Section 2254. The Court does not find good cause to order discovery of the documents Petitioner seeks. The record is more than sufficient to render a decision on Petitioner's claims of ineffective assistance of counsel. Finally, Petitioner's request that his interpretation of the facts be accepted is denied. The Court has conducted a de novo review of the case and finds the facts as summarized by the appellate court to be an accurate account.

Accordingly, IT IS HEREBY ORDERED that:

1. The Findings and Recommendation issued December 7, 2005, is ADOPTED IN FULL;

2. The Petition for Writ of Habeas Corpus is DENIED WITH PREJUDICE;

3. Petitioner's motion for discovery, motion for an evidentiary hearing, and request that his facts be accepted are DENIED; and

4. The Clerk of Court is DIRECTED to enter judgment. All other outstanding motions are hereby DISMISSED as moot.

IT IS SO ORDERED.

**Dated:   May 29, 2006**              /s/ Anthony W. Ishii
0m8i78                                  UNITED STATES DISTRICT JUDGE